Peter Malek, appellant, v. Joseph Smudzinski et al., appellees. Gen. No. 28,178.

Bill to establish and foreclose equitable lien. Dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the first division of

this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

Sinden·& Hassell, for appellant.   James V. O'Donnell and John S. Stevens, for appellees.

Mr. Justice Johnston delivered the opinion of the court.